Same case below, 9 A.3d 477.

Same case below, 375 Fed. Appx. 748.

**No. 10-8410. Gregory R. Boyd, Petitioner v. United States.**

562 U.S. 1244, 131 S. Ct. 1538, 179 L. Ed. 2d 351, 2011 U.S. LEXIS 1116.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 392 Fed. Appx. 595.

**No. 10-8411. Ruben Beltran-Hernandez, Petitioner v. United States.**

562 U.S. 1244, 131 S. Ct. 1538, 179 L. Ed. 2d 351, 2011 U.S. LEXIS 1193.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 401 Fed. Appx. 252.

**No. 10-8413. Edward Keith Dembry, Petitioner v. United States.**

562 U.S. 1244, 131 S. Ct. 1538, 179 L. Ed. 2d 351, 2011 U.S. LEXIS 1216,

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-8414. James Joseph Everett, Petitioner v. United States.**

562 U.S. 1245, 131 S. Ct. 1538, 179 L. Ed. 2d 351, 2011 U.S. LEXIS 1180.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-8416. Michael L. Douglas, Petitioner v. Ray Hobbs, Director, Arkansas Department of Correction.**

562 U.S. 1245, 131 S. Ct. 1538, 179 L. Ed. 2d 351, 2011 U.S. LEXIS 1245,

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-8417. Manuel Guillermo Carrillo, Petitioner v. United States.**

562 U.S. 1245, 131 S. Ct. 1539, 179 L. Ed. 2d 351, 2011 U.S. LEXIS 1241.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 389 Fed. Appx. 861.

**No. 10-8422. Tyrone Montgomery, Petitioner v. United States.**

562 U.S. 1245, 131 S. Ct. 1539, 179 L. Ed. 2d 351, 2011 U.S. LEXIS 1234.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 395 Fed. Appx. 177.

**No. 10-8425. Jason Walker and Shango Greer, Petitioners v. United States.**

562 U.S. 1245, 131 S. Ct. 1539, 179 L. Ed. 2d 351, 2011 U.S. LEXIS 1228.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.